### 17726.   GOBER *v.* THE STATE.

BROYLES, C. J. In view of the evidence contained in the petition for certiorari and the additional evidence set forth in the answer of the trial judge, the verdict in this case was authorized, and the overruling of the certiorari was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.

Certiorari; from Fulton superior court—Judge Howard. September 17, 1926.

*H. A. Allen,* for plaintiff in error.

*Roy Dorsey, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

---

Criminal Law, 17 C. J. p. 255, n. 53.